UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RODNEY L. PLANT,<br><br>     Petitioner,<br><br>  v.<br><br>JOHANNA SMITH, Warden,<br><br>     Respondent. | Case No. 1:07-CV-158-EJL<br><br>**JUDGMENT** |

   Based on the Court's Memorandum Decision and Order filed herewith, IT IS

HEREBY ORDERED, ADJUDGED, AND DECREED that this cause of action is

DISMISSED with prejudice.

DATED: **March 14, 2011**

Honorable Edward J. Lodge
U. S. District Judge

JUDGMENT - 1